**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 3, 2007

SO ORDERED

*[signature]*
HON. GEORGE B. DANIELS
DEC 0 4 2007

By Hand

Honorable George B. Daniels
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

    Re:   Candida Gutierrez v. Astrue
           07 Civ. 6861 (GBD)

Dear Judge Daniels:

       This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of defendant's answer, I encountered several issues that required that I seek more information from the Agency. Therefore, with the consent of plaintiff, I respectfully request a thirty-day extension of time from today, December 3, 2007, to January 2, 2008, to respond to the complaint.

       This is defendant's second request for an extension of time, as the answer was originally due on October 1, 2007.

       Thank you for your consideration of this request.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

        By:   *[signature]*
              LESLIE A. RAMIREZ-FISHER
              Assistant U.S. Attorney
              Telephone: (212) 637-0378
              Fax: (212) 637-2750

cc: Wendy Brill, Esq. (by fax)