ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 9 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
CANDIDA GUTIERREZ,               :
                                 :
               Plaintiff,        :
                                 :
        - v. -                   :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :
Commissioner of                  :   07 Civ. 6861 (GBD)
Social Security,                 :
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       January 15, 2008

                                  WENDY BRILL, ESQ.
                                  Attorney for Plaintiff
                                  9 Murray Street
                                    Suite 4 West
                                  New York, New York  10007
                                  Telephone No. (212) 608-4100

                                  MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York
                                  Attorney for Defendant


By: LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street – 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov


SO ORDERED: FEB 19 2008

UNITED STATES DISTRICT JUDGE
JUDGE GEORGE B. DANIELS